Same case below, 400 Fed. Appx. 127.

**No. 10-9888. Stacey A. Henderson, aka Stacey Alexander Henderson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

564 U.S. 1006, 131 S. Ct. 2993, 180 L. Ed. 2d 825, 2011 U.S. LEXIS 4386.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9895. Kenneth Bridges, Petitioner v. Dave Dormire, Superintendent, Jefferson City Correctional Center.**

564 U.S. 1006, 131 S. Ct. 2993, 180 L. Ed. 2d 825, 2011 U.S. LEXIS 4438.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9898. George Guo, Petitioner v. Melissa Wagstaff, et al.**

564 U.S. 1006, 131 S. Ct. 2993, 180 L. Ed. 2d 825, 2011 U.S. LEXIS 4464.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-9900. B.J.G., Petitioner v. St. Charles County Sheriff, et al.**

564 U.S. 1006, 131 S. Ct. 2993, 180 L. Ed. 2d 825, 2011 U.S. LEXIS 4387,

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9908. Ricky Dingle, Petitioner v. Robert Koppel, Warden, et al.**

564 U.S. 1006, 131 S. Ct. 2994, 180 L. Ed. 2d 825, 2011 U.S. LEXIS 4468.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 347.

**No. 10-9920. Michael Allan Clark, Petitioner v. Nevada.**

564 U.S. 1006, 131 S. Ct. 2994, 180 L. Ed. 2d 825, 2011 U.S. LEXIS 4495.

June 13, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 127 Nev. 1126.

**No. 10-9924. Charles Michael Stokes, Petitioner v. Andrew Moorman.**

564 U.S. 1006, 131 S. Ct. 2994, 180 L. Ed. 2d 825, 2011 U.S. LEXIS 4412.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 406 Fed. Appx. 823.